# Court of Appeals
# of the State of Georgia

ATLANTA,  February 15, 2018

*The Court of Appeals hereby passes the following order:*

**A18A1122.  CONNIE PETERS MUNDY v. SUMMER HELMES MILLER.**

Following the death of the decedent, Connie Peters Mundy filed a petition for letters of administration in probate court, and Summer Helmes Miller filed a petition to probate the will of the decedent in probate court.  The probate court denied Mundy's petition and granted Miller's petition, and Mundy appealed to superior court.  On November 28, 2017, the superior court issued an order affirming the probate court.  On December 29, 2017, Mundy filed a notice of appeal.

We lack jurisdiction, as Mundy's appeal is untimely.  OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court.  *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997).

Here, Mundy filed the notice of appeal 31 days after entry of the superior court's order affirming the probate court.[1]  Accordingly, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
   *Clerk's Office, Atlanta,*  02/15/2018
   *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
      *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] While Mundy states that she is appealing the superior court's denial of her motion for new trial, no such denial order appears in the record.